IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREGORY THOMPSON, DELORES THOMPSON, and ERIC THOMPSON, <br><br> Plaintiffs, <br><br> vs. <br><br> ANTHONY FLORES, Current Operator of Value Priced Auto Phoenicians and Carbid360, <br><br> Defendant. | 8:24CV173 <br><br><br> ORDER |

This matter is before the Court on pro se Defendant Anthony Flores's Motion for Court Appointed Counsel. Filing No. 48. A civil litigant has no constitutional or statutory right to a court-appointed attorney. The Court may, however, make such an appointment at its discretion. *Davis v. Scott*, 94 F.3d 444, 447 (8th Cir. 1996). "District courts may exercise this discretion to appoint counsel not only for indigent plaintiffs, but also for indigent defendants in civil cases." *Lightfeather v. Woods*, No. 8:21CV115, 2023 WL 3168692, at *2 (D. Neb. Apr. 28, 2023). A litigant must submit a financial affidavit demonstrating they are indigent before the Court may appoint counsel. *See* 28 U.S.C. § 1915. Defendant did not submit a financial affidavit with his motion.

Accordingly,

IT IS ORDERED:

1

1) Defendant's Motion for Court Appointed Counsel, Filing No. 48, is denied without prejudice.

2) The Clerk of the Court is directed to mail Defendant a blank Application to Proceed in District Court Without Prepaying Fees or Costs (Form AO 240).

3) Any renewed motion for the appointment of counsel must be filed or postmarked on or before November 21, 2025, and must include a completed financial affidavit (Form AO 240).[1]

Dated this 4th day of November, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge

---

[1] Defendant may cross out "plaintiff or petitioner" in the first sentence of the affidavit and input "defendant," so the first sentence reads, "I am a **defendant** ~~plaintiff or petitioner~~ in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested."