IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREGORY THOMPSON, DELORES THOMPSON, and ERIC THOMPSON,<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHONY FLORES, Current Operator of Value Priced Auto Phoenicians and Carbid360;<br><br>Defendant. | 8:24CV173<br><br><br>FINAL PROGRESSION ORDER<br><br>(AMENDED) |

This matter is before the Court on pro se Defendant's Motion to Continue, Filing No. 50, and Plaintiffs' Unopposed Motion to Stay Progression of Case Pending Ruling on Motion to Dismiss. Filing No. 52.

Defendant moves to extend all deadlines in this case by six months. Plaintiffs do not oppose Defendant's motion and filed an unopposed motion to stay case progression pending a ruling on Defendant's motion to dismiss. Upon considering the age of this case and case progression thus far, Defendant's motion, Filing No. 50, is granted in part and denied in part without prejudice. Plaintiffs' motion to stay, Filing No. 52, is denied.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for January 13, 2026 is continued and will be held with the undersigned magistrate judge on **April 14, 2026** at **10:00 a.m.** by telephone. Plaintiffs' counsel and

1

        Defendant shall use the conferencing instructions assigned to this case to participate in the conference.

2)     The deadline for completing[1] written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is March 5, 2026. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by March 20, 2026.

        **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3)     The deadline for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

        For the plaintiff(s):    October 30, 2025.

        For the defendant(s):    March 2, 2026.

        Plaintiff(s) rebuttal:    March 16, 2026.

4)     The deposition deadline is April 13, 2026.

5)     The deadline for filing motions to dismiss and motions for summary judgment is May 12, 2026.

6)     The deadline for filing motions to exclude testimony on *Daubert* and related grounds is May 12, 2026.

7)     Motions in limine shall be filed twenty-eight days before the trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. The parties should plan accordingly.

8)     As with plaintiffs' counsel, the defendant is reminded to follow the Federal Rules of Civil Procedure and this court's Local Rules.

        The Federal Rules of Civil Procedure are posted online at:

---

[1] "Completed" means the discovery answers or responses to written discovery have been served. As such, written discovery must be served sufficiently in advance of the discovery completion deadline to afford the responding party the time permitted under the discovery rules to answer or respond.

> https://www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civil-procedure

The Local Rules for the United States District Court for the District of Nebraska are posted on the court's website at:

> http://www.ned.uscourts.gov/attorney/local-rules

Court resources for parties proceeding without an attorney can be found on the Nebraska federal court's website at:

> http://www.ned.uscourts.gov/public/proceeding-without-an-attorney

Standard forms for case and trial preparation, including subpoena forms, are posted on the Nebraska federal court's website at:

> http://www.ned.uscourts.gov/forms

9) The parties shall review the Nebraska magistrate judges' practices posted at the court's Civil Case Management website at:

> https://www.ned.uscourts.gov/attorney/judges-information/civil-case-management

10) As with plaintiffs' counsel, the defendant is reminded:

> a. A party must not speak with the court, or with the opposing party, unless the attorney for the opposing party is also present or on the telephone;
>
> b. Any written communications, such as letters or emails, to the opposing party must be sent to only the opposing party's attorney;
>
> c. If the defendant sends any filings, letters, or emails to the court, a copy must also be sent to the attorney for the opposing party; and
>
> d. If the defendant changes his address or phone number, he must immediately advise the court and the attorney for the opposing party of this change.

11)     The court provides the following information, current as of the date of this order, to assist the parties with their communications:

| **Plaintiffs' Counsel:** | **Defendant:** |
|---|---|
| Joshua D. Barber | Anthony Flores |
| Barber, Barber Law Firm | 21836 N 23rd Avenue |
| 300 North 44th Street | Phoenix, AZ 85027 |
| Suite 205 | |
| Lincoln, NE 68503 | |

12)     The parties shall not contact the court about a problem until they have first tried, but failed, to resolve the problem themselves.

13)     All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

14)     All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

Dated this 13th day of November, 2025.

                             BY THE COURT:

                             *s/ Jacqueline M. DeLuca*

                             United States Magistrate Judge