IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

GREGORY THOMPSON, DELORES
THOMPSON, and ERIC THOMPSON,

                Plaintiffs,                          **8:24CV173**

        vs.

                                                     **ORDER**

ANTHONY FLORES, Current Operator
of Value Priced Auto Phoenicians and
Carbid360,

                Defendant.

This matter is before the Court on Lynae Tucker-Chellew's Motion to Withdraw as Court-appointed Counsel and Defendant's Motion for Court to Appoint New Counsel. Filing No. 69. The motion to withdraw is granted for good cause shown. Substitute counsel is appointed for the reasons articulated in the Court's first order appointing counsel for Defendant. *See* Filing No. 56.

Accordingly,

IT IS ORDERED:

1)   The Motion to Withdraw as Counsel and for Court to Appoint New Counsel, Filing No. 69, is granted.

2)   Lynae Tucker-Chellew is withdrawn as counsel of record for Defendant Anthony Flores and shall no longer receive electronic notifications in this case.

1

3) With thanks for accepting the appointment, Attorney William Bianco and Bianco, Stroh Law Firm are hereby appointed to represent Defendant.[1]

4) Attorney William Bianco and/or any other counsel from Bianco, Stroh Law Firm are directed to promptly enter their appearance as counsel in this case.

5) Upon entry of counsel's appearance in CM/ECF, the Clerk of the Court shall immediately pay from the Federal Practice Fund the sum of $1,000 to the Bianco, Stroh Law Firm.

6) A second and last installment of $1,000 shall become due and payable to the Bianco, Stroh Law Firm upon entry of judgment or other closing documents in this case.

7) Subject to the prior approval of the Court, counsel may incur reasonable expenses when representing Defendant in accordance with the Amended Plan for the Administration of the Federal Practice Fund and the Federal Practice Committee. *See also* NEGenR 1.7(g) and NECivR 54.3-54.4.

8) Should Defendant succeed and counsel be awarded attorney fees and expenses that exceed $2,000 plus expenses, counsel shall reimburse the Federal Practice Fund for the fees and expenses paid from the fund.

9) The Clerk of Court is directed to send a copy of this Order to Defendant and Defendant's appointed counsel.

10) Discovery is ongoing and all progression deadlines, including the deadlines in the Court's Amended Final Progression Order (Filing No. 54), remain in effect. Defense counsel may email chambers

---

[1] Pursuant to the Amended Plans for the Administration of the Federal Practice Fund and the Federal Practice Committee.

(deluca@ned.uscourts.gov) proposed amended case progression deadlines after meeting and conferring with Plaintiffs' counsel. The email should indicate whether any requested extension is unopposed.

Dated this 17th day of March, 2026.

BY THE COURT:


*s/ Jacqueline M. DeLuca*

United States Magistrate Judge

3